```
                                          FILED
                                    2010 FEB 24  P 2: 41
                                    RICHARD W. WIEKING
                                    CLERK, U.S. DISTRICT COURT
                                    ...DISTRICT OF CALIFORNIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

CV 10   80 0 49 MISC  

James Todd Bennett - #113009

_____/

### ORDER TO SHOW CAUSE

It appearing that James Todd Bennett has been suspended for 60 days with 2 years probation with conditions by the Supreme Court of California effective January 21, 2010,

**IT IS ORDERED**

That respondent show cause in writing on or before April 2, 2010 as to why he should not be suspended from the practice of law before this court.

Dated:

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

James Todd Bennett
Attorney At Law
P O Box 742
El Cerrito, CA 94530