**FILED**

MAY 17 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF:                    No CV 10 80048 MISC VRW

James Todd Bennett,
                                     ORDER
    State Bar No 113009
_____/

On February 28, 2010, the court issued an order to show cause (OSC) why James Todd Bennett should not be removed from the roll of attorneys authorized to practice law before this court, based upon his 60 day suspension by the Supreme Court of California, effective January 21, 2010.

The OSC was mailed to Mr Bennett's address of record with the State Bar on March 3, 2010. A written response was filed on April 2, 2010.

The California State Bar web site indicates that Mr Bennett is now on active status as of April 12, 2010, and may practice law in California.

The OSC is therefore discharged. The clerk is directed to close the file.

IT IS SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

In The Matter of

  James Todd Bennett,

_____/

Case Number: C 10-80048   VRW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

James Todd Bennett
PO Box 742
El Cerrito, CA 94530


Dated: May 17, 2010

Richard W. Wieking, Clerk
By: Cora Klein, Deputy Clerk

*Cora Klein*